**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

CRIMINAL CASE NO. 12-29-DLB-CJS

UNITED STATES OF AMERICA                                                                 PLAINTIFF

vs.                                                   **ORDER**

CHARLES L. WATKINS, JR.                                                                   DEFENDANT

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

This matter is before the Court on the Report and Recommendation (R&R) of Magistrate Judge Candace J. Smith (Doc. # 42), wherein she recommends that Defendant's supervised release be revoked and that he be sentenced to a term of incarceration of nine (9) months, with twenty-seven (27) months of supervised release to follow. During the final revocation hearing conducted by Judge Smith on August 22, 2017, Defendant admitted to violating the terms of his supervised release as set out in the August 14, 2017 Violation Report and the August 18, 2017 Supplemental Violation Report. (Doc. # 40).

Although the parties would ordinarily have fourteen (14) days to file objections to the R&R, during the final hearing, both sides waived the 14-day-objection period. *Id*. Defendant having further waived his right to allocution (Doc. # 41), the R&R is ripe for review. Having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) The Report and Recommendation (Doc. # 42) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant's supervised release is hereby **REVOKED**;

(3) The May 4, 2017 modification of Defendant's supervision requiring he participate in six (6) weekends of intermittent confinement is hereby **VACATED**;

(4) Defendant is sentenced to the custody of the Attorney General for a term of **incarceration of 9 months**, credit to be given for time served since his detention on the violation charges, with **27 months of supervised release** to follow;

(5) In addition to the same standard and additional conditions of supervision as set forth in the original Judgment (Doc. # 28), except for the requirement that Defendant participate in a cognitive behavioral therapy program, in light of the circumstances surrounding the violations, the special conditions of the re-imposed supervised release shall include:

(a) Within seven (7) days of release from custody of the Bureau of Prisons, Defendant shall provide to the USPO a written report, as directed by the USPO, listing each and every prescription medication in the Defendant's possession, custody, or control. This shall include, but is not limited to, any prescription medication that contains a controlled substance, and encompasses all current, past, and outdated or expired prescription medications in Defendant's possession, custody, or control at the time of the report;

(b) Defendant shall notify the USPO no later than 72 hours after she receives any prescription for a medication containing a controlled substance during the

period of her supervised release. Upon the USPO's reasonable request and as the USPO directs, Defendant shall provide verification and documentation of such prescription;

  (c) Defendant shall strictly comply with all orders of any physician or any other prescribing source with respect to use of all prescription medications;

  (d) Defendant shall report any theft or destruction of her prescription medications within 72 hours of any such occurrence; and

(6) Defendant's sentence, if possible, shall be served at Terre Haute or at a federal correctional facility having an opt-in or drop-out yard; and

(7) A Judgment shall be entered concurrently herewith.

This 5th day of December, 2017.

Signed By:
*David L. Bunning* DB
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2012\12-29 Order Adopting SR R&R.docx